IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00492-EWN

UNITED STATES OF AMERICA,

      Petitioner,

v.

ROGER L. DAVIS,

      Respondent.

## ORDER

Upon defendants' Motion to Dismiss, filed with this Court on April 4, 2006,

IT IS ORDERED that the Motion to Dismiss is GRANTED. This action is dismissed with prejudice. Each side shall bear its own costs and attorney's fees.

Dated: April 5, 2006

                              BY THE COURT:

                              s/ Edward W. Nottingham
                              United States District Judge